UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

JOSE CORREA,

                  Defendant.

24cr00685 (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

It is hereby ORDERED that sentencing in this matter is scheduled for **Thursday, April 10, 2025 at 10:00 a.m.** in Courtroom 9B at 500 Pearl Street, New York, NY, 10007.

Defendant's sentencing submission shall be served no later than **March 19, 2025**. The Government's sentencing submission shall be served no later than **March 26, 2025**. The parties should email the Court at TarnofskyCriminalDuty@nysd.uscourts.gov each submission when it is served. If a party does not intend to file a substantive sentencing submission, the party should file a letter to that effect.

DATED:  December 16, 2024
       New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge