

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

Juan Olivo, Associate
*Direct* 212.574.0329
jolivo@tarterkrinsky.com

**BY ECF**

Hon. Robyn F. Tarnofsky
United States District Court
500 Pearl Street, Room 703
New York, NY 10007

> Application granted.
>
> Date: May 14, 2025
> New York, NY
>
> SO ORDERED
> _____
> ROBYN F. TARNOFSKY
> UNITED STATES MAGISTRATE JUDGE

      **Re:**    *United States of America. v. Jose Correa*
             **Case No: 1:24-cr-000685 (RFT)**

Dear Judge Tarnofsky:

      We write on behalf of Defendant Jose Correa ("Mr. Correa") in the above-referenced action. We are writing to request an order instructing Pretrial Services for the Southern District of New York to deliver Mr. Correa's Colombian passport to Carrie Sapinoso, United States Probation Officer for the District of New Jersey ("USPOA Sapinoso").

      As this Court knows, Mr. Correa was sentenced to a term of two-years' probation. *See* ECF Doc. # 18. Following his sentencing, Mr. Correa reported to the United States Probation Office for the District of New Jersey, in Newark and met with USPOA Sapinoso. We were advised by Pretrial Services for the Southern District of New York that a Court order would be required before Mr. Correa's passport could be transferred to the United States Probation Office for the District of New Jersey.

      Accordingly, we respectfully request that this Court issue order directing Pretrial Services for the Southern District of New York to deliver Mr. Correa's passport to USPOA Sapinoso.

      We thank the Court for its consideration of this request.

                                                                      Respectfully submitted,

                                                                      Juan Olivo

089917\1\171179938.v1